# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.	Bellovich, Jamie Lynn	Docket No.	0980 2:21CR00142-TOR-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jamie Lynn Bellovich, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 16th day of February 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 16, 2022, Ms. Bellovich was released to the Western District of Washington for pretrial supervision. Conditions of release were reviewed and signed by Ms. Bellovich on February 22, 2022, acknowledging an understanding of her conditions.

Violation #1: Ms. Bellovich is alleged to be in violation of her pretrial release conditions by consuming a controlled substance, marijuana on or about March 28, 2022.

On April 11, 2022, this officer received an email from Ms. Bellovich's supervising probation officer in the Western District of Washington. According to the information received, Ms. Bellovich is a chronic user of marijuana and consistently tested positive for the substance for her first 28 days of supervision in the Western District of Washington. Per the supervising officer, she has since submitted two negative drug tests; however, she submitted a positive drug test on March 28, 2022, for marijuana. According to the supervising officer, Ms. Bellovich denies smoking marijuana, however, admits to using a lotion named Dragon Salve containing marijuana. The sample was sent to Abbott laboratory for confirmation. As of the submission of this report, the drug test results are pending.

Violation #2: Ms. Bellovich is alleged to be in violation of her pretrial release conditions by consuming a controlled substance, cocaine, on or about April 3, 2022.

On April 11, 2022, this officer received an email from Ms. Bellovich's supervising probation officer in the Western District of Washington. According to the information received, Ms. Bellovich admitted to her supervising officer getting "black out drunk" at a party on April 3, 2022, and "possibly" using cocaine. Per the supervising officer, Ms. Bellovich denies consciously knowing she consumed cocaine; however, stated that others at the party told her she did consume cocaine. A drug test was collected on April 5, 2022. The drug test was sent to Abbott Laboratory for confirmation. On April 14, 2022, Ms. Bellovich met with her assigned supervising officer and signed an admission of drug use form, admitting to consuming cocaine. As of the submission of this report, the drug test results are pending.

PS-8
Re: Bellovich, Jamie Lynn
April 18, 2022
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: April 18, 2022 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

April 19, 2022

Date