# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>vs.<br><br>JAMIE LYNN BELLOVICH,<br><br>                           Defendant. | Case No. 2:21-CR-0142-TOR-3<br><br>CRIMINAL MINUTES<br><br>DATE: 5/19/2022<br><br>LOCATION: Spokane 902<br><br>CHANGE OF PLEA |

| JUDGE THOMAS O. RICE | | | |
|---|---|---|---|
| Bridgette Fortenberry | N/A | N/A | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Richard R. Barker / Stephanie Van Marter | | Bryan Hershman | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court                                         [ ] US Probation Officer: N/A

Defendant present in custody and assisted by counsel.

An original, signed Plea Agreement and sealed addendum provided to the Court.

Oath administered to Defendant for change of plea. Defendant confirmed her true and correct name as reflected on the Plea Agreement.

The Court advised Defendant of rights given up by entering a guilty plea including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties as explained in the Plea Agreement.

Defendant pleaded guilty to Count 1 of the Superseding Indictment, and the Court accepted her plea as knowingly and voluntarily. The Court found Defendant fully competent and aware of the charges against her and the consequences of the plea.

The Court ordered a Presentence Investigation Report and set sentencing for **8/17/2022 at 11:00 a.m.**

Defendant released on previously imposed conditions pending sentencing.

Mr. Hershman addressed the Court and requested a modification to her conditions of release to terminate the breathalyzer requirement.
    Court:  Granted

| CONVENED:  9:07 AM | ADJOURNED:  9:23 AM | TIME:  16 MINS | ORDER FORTHCOMING [ X ] |