PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bellovich, Jamie Lynn | Docket No. | 0980 2:21CR00142-TOR-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jamie Lynn Bellovich, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 16th day of February 2022, under the following conditions:

Special Condition #15 (ECF. 77): Defendant shall undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

Special Condition #1 (ECF. 93): Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 16, 2022, Ms. Bellovich was released to the Western District of Washington for pretrial supervision. Conditions of release were reviewed and signed by Ms. Bellovich on February 22, 2022, acknowledging an understanding of her conditions. On May 11, 2022, Ms. Bellovich appeared before Your Honor for a violation hearing and her conditions were amended to include two additional special conditions (ECF. 93).

Violation #1: Ms. Bellovich is alleged to be in violation of her pretrial release conditions by consuming alcohol on or about June 22, 2022.

On July 5, 2022, this officer received an email from Ms. Bellovich's supervising probation officer in the Western District of Washington. According to her supervising officer, Ms. Bellovich admitted to consuming alcohol on or about June 22, 2022. The supervising officer stated the treatment counselor at Confidential Associates, LLC, advised Ms. Bellovich self-admitted to consuming alcohol on June 22, 2022. This officer received a copy of the status report dated June 29, 2022, confirming the alcohol consumption.

Violation #2: Ms. Bellovich is alleged to be in violation of her pretrial release conditions by failing to attend her substance abuse treatment group on June 22, 2022.

On July 5, 2022, this officer received an email from Ms. Bellovich's supervising probation officer in the Western District of Washington. According to her supervising officer, Ms. Bellovich failed to attend or make contact with her counselor for her substance abuse treatment group on June 22, 2022. This officer received a copy of the status report dated June 29, 2022, confirming Ms. Bellovich failed to show for group  and/or contact her treatment provider on June 22, 2022.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      07/07/2022

by      s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

**Re: Bellovich, Jamie Lynn**
**July 7, 2022**
**Page 2**


THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Thomas O. Rice
United States District Judge

_July 7, 2022_____
Date