# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bellovich, Jamie Lynn | Docket No. | 0980 2:21CR00142-TOR-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jamie Lynn Bellovich, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 16th day of February 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 16, 2022, Ms. Bellovich was released to the Western District of Washington for pretrial supervision. Conditions of release were reviewed and signed by Ms. Bellovich on February 22, 2022, acknowledging an understanding of her conditions.

Violation #3: Ms. Bellovich is alleged to be in violation of her pretrial release conditions by consuming controlled substance, cocaine and alcohol, on or about September 15, 2022.

On September 29, 2022, this officer received an email from Ms. Bellovich's supervising probation officer in the Western District of Washington, advising Ms. Bellovich submitted a presumptive positive drug test for cocaine on September 15, 2022; the sample reflected the presence of alcohol as well. The sample was sent to Abbott Laboratory for confirmation. Confirmation results were received on October 3, 2022, reflecting a positive reading for cocaine and alcohol.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE NOTED ALLEGATIONS WITH THE PETITION PENDING BEFORE THE COURT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:  October 3, 2022 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt
U.S. Pretrial Services Officer |

PS-8

Re: Bellovich, Jamie Lynn
October 3, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Thomas O. Rice
United States District Judge

_October 4, 2022_____
Date