Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN BELLOVICH,<br>Defendant. | Case No.: 2:21-CR-00142-TOR-3<br><br>Motion for Detention |

The United States, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Richard R. Barker, Assistant United States Attorney for the Eastern District of Washington, move the Court, pursuant to Federal Rule of Criminal Procedure 46(a), 18 U.S.C. § 3142(a), 3148 for an order directing that the defendant, JAMIE LYNN BELLOVICH, be held without bail pending a preliminary hearing and revocation hearing regarding the terms and conditions of her pretrial release and the alleged violations contained in the petition filed by the United States Probation Office.

Motion for Detention- 1

WHEREFORE, the Government requests the Court enter an Order ordering the Defendant be detained without bail pending the Trial hearing.

Dated: November 2, 2022.

Vanessa R. Waldref
United States Attorney

s/*Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

s/*Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

Motion for Detention- 2