UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2022

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Bellovich, Jamie Lynn | Docket No. | 0980 2:21CR00142-TOR-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jamie Lynn Bellovich, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 16th day of February 2022, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 16, 2022, Ms. Bellovich was released to the Western District of Washington, for pretrial supervision. Conditions of release and local policy documents pertaining to the Western District of Washington, were reviewed and signed by Ms. Bellovich on February 22, 2022, acknowledging an understanding of her conditions and requirements.

Violation #4: Ms. Bellovich is alleged to be in violation of her pretrial release conditions by consuming codeine on or about October 4, 2022.

On October 4, 2022, this officer was advised by Ms. Bellovich's supervising probation officer in the Western District of Washington, that she had submitted a presumptive positive drug test for opiates, specifically oxycodone and codeine. According to her probation officer, he spoke with Ms. Bellovich about the positive drug test and she stated she had consumed pills from an old prescription she was given from a surgery dated January 2022. Ms. Bellovich then sent her probation officer a picture via her cellular telephone of the prescription, which reflected it was expired. According to her probation officer, he had a conversation with Ms. Bellovich surrounding taking her medication as prescribed. The probation officer sent the drug sample to Abbott Laboratory for further testing and confirmation.

On October 29, 2022, results were received from Abbott Laboratory confirming a positive reading for codeine. According to Ms. Bellovich, she told her probation officer she had been consuming Dave's Killer Multi-Grain Bread, which contained poppy seeds. Ms. Bellovich denied having a prescription for, or consuming, codeine, however, admitted to taking oxycodone from an expired prescription.

To be noted, during her intake in the Western District of Washington, Ms. Bellovich signed the following form titled: Policies Established by the Western District of Washington Probation and Pretrial Services Office dated February 22, 2022. Number 5 states: While on drug testing, you are prohibited from using any products containing poppy seeds. A copy of that signed document has been submitted to the Court, defense, and the government.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   November 2, 2022

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial/Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/2/2022

Date